IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREZON GRIFFIN
ADC #184079                                                                                                        PLAINTIFF

v.                                          4:25-cv-01097-JM-JJV

SARAH HUCKABEE; *et al.*                                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.     INTRODUCTION**

Trezon Griffin ("Plaintiff") is a prisoner in the Cummins Unit of the Arkansas Division of Correction who has filed a *pro se* Complaint. The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A. The court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. *Id.* When conducting this review, the court construes *pro se* pleadings liberally. *Solomon v. Petray,* 795 F.3d 777, 787 (8th Cir. 2015). But "labels and conclusions," "formulaic recitation[s] of the elements of a cause of action," and "naked assertions devoid of further factual

enhancement" are insufficient to plead a plausible claim. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Instead, the complaint must provide "sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Id.*

## II.   ALLEGATIONS

Plaintiff has filed a thirty-one page Complaint against sixteen named Defendants, including Arkansas Governor Sarah Huckabee and Attorney General Tim Griffin, as well as a variety of unknown Doe Defendants. (Doc. 1.) Plaintiff says he is a member of the "Moorish Scientist Militia" and "Black American Armada Mandate" seeking relief pursuant to the "Powhatton Region Aboriginal's Religious Resurrection Mandate," the "Anti-Terrorism Law," the Emancipation Proclamation and other "laws" for a variety of incomprehensible wrongdoings. Plaintiff's fanciful and conclusory allegations lack an arguable basis in either law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Iqbal*, 556 U.S. at (Souter, J., dissenting) (a court does not have to accept as true "allegations that are sufficiently fantastic to defy reality as we know it: claims about little green men, or the plaintiff's recent trip to Pluto, or experiences in time travel"). And, he has not provided any realistic facts suggesting a state actor, or person acting under color of state law, violated his constitutional rights. 42 U.S.C. § 1983; *Henley v. Brown,* 686 F.3d 634, 640 (8th Cir. 2012). Thus, I conclude the Complaint should be dismissed without prejudice as being frivolous and failing to state a plausible claim for relief. *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

## III.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that;

1.   The Complaint (Doc. 1) be DISMISSED without prejudice, and this case be CLOSED.

2.	The Court recommend that, in the future, dismissal of this action be counted as a strike under 28 U.S.C. § 1915(g).

3.	The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 17th day of December 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE