IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREZON GRIFFIN
ADC #184079                                                                                            PLAINTIFF

v.                                         4:25-cv-01097-JM

SARAH HUCKABEE; *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, docket #38. No objections have been filed, and the time to do so has passed. Plaintiff did file two motions for order, docket #'s 39 and 40, a motion for reconsideration, docket #41 and an amended complaint, docket #42. None of these documents include a factual or legal basis objecting to the Recommendation or provide additional facts to support a viable claim. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint, docket #1 is DISMISSED WITHOUT PREJUDICE as being frivolous and failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). The remaining motions docket #'s 39, 40, 41 and 42 are DENIED. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE