IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TREZON GRIFFIN
ADC #184079                                                                                           PLAINTIFF

v.                                                4:25-cv-01097-JM

SARAH HUCKABEE; *et al.*                                                                  DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE